NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICRON TECHNOLOGY, INC.,**
*Appellant*

**v.**

**YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD.,**
*Appellee*

---

2026-1596

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00794.

-------------------------------------------------

**YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC.,**
*Appellee*

---

2026-1110

---

2          MICRON TECHNOLOGY, INC. v. YANGTZE MEMORY
                                    TECHNOLOGIES COMPANY, LTD

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00794.

―――――――――

**ON MOTION**

―――――――――

**O R D E R**

The parties submit Federal Circuit Form 18, Joint Stipulation of Voluntary Dismissal indicating the voluntary dismissal of Appeal No. 2026-1110 pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 23, and separately jointly move to realign the parties in Appeal No. 2026-1596 such that Micron Technology, Inc. is designated as the appellant, and set the briefing schedule, ECF No. 24.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeals are deconsolidated, and Appeal No. 2026-1110 is dismissed.

(2) Each side shall bear its own costs as to Appeal No. 2026-1110.

(3) ECF No. 24 is granted to the extent that the revised official and short captions are reflected in this order and

MICRON TECHNOLOGY, INC. v. YANGTZE MEMORY                    3
TECHNOLOGIES COMPANY, LTD

Micron Technology's opening brief is due no later than July 27, 2026.

FOR THE COURT



June 15, 2026                                Jarrett B. Perlow
     Date                                      Clerk of Court

ISSUED AS A MANDATE (as to 2026-1110 only):
June 15, 2026